Andrew Burl **WRIGHT**, Petitioner—
Appellant,

v.

John J. **LAMANNA**, Warden,
Respondent—Appellee.

No. 05–7346.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 13, 2006.

Decided Feb. 9, 2006.

Andrew Burl Wright, Appellant Pro Se.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

PER CURIAM:

Andrew Burl Wright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on Wright's petition filed under 28 U.S.C. § 2241 (2000). Wright claims the district

court erred by referring his petition to a magistrate judge, but the district court was well within its jurisdiction to refer the case under 28 U.S.C. § 636(b)(1)(B) (2000). The district court was not required to obtain Wright's consent to refer the case to a magistrate judge because the magistrate judge did not enter a final order in the case. *See generally United States v. Bryson,* 981 F.2d 720 (4th Cir. 1992). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*